

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| CIMAREX ENERGY CO., | § | No. 08-16-00353-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| ANADARKO PETROLEUM CORPORATION, | § | of Ward County, Texas |
|  | § | (TC# 15-07-23648-CVW) |
| Appellee. | § |  |

# **O R D E R**

The Court GRANTS the Appellant's Unopposed Motion to Vacate the September 21, 2017 submission and oral argument setting. This case will be rescheduled at a later date.

IT IS SO ORDERED this 18th day of July, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.